AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☑ Original ☐ D

**CLERK'S OFFICE**
**A TRUE COPY**
Apr 15, 2025
s/ JDH
**Deputy Clerk, U.S. District Court**
**Eastern District of Wisconsin**

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information and records associated with a Hertz rental vehicle, assigned vehicle identification number ("VIN") 1G1ZD5ST4PF138057 ("the SUBJECT VEHICLE"), that is stored at premises controlled by AT&T Inc. ("AT&T"), a wireless telecommunications service provider headquartered at 11760 U.S. Highway 1, North Palm Beach, FL 33408 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. **25-M-362 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____ *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____4-29-25____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Stephen C. Dries____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ____4-15-25. 9:00 am____

____*Stephen C. Dries*____
*Judge's signature*

City and state: ____Milwaukee, Wisconsin____ ____Honorable Stephen C. Dries, U.S. Magistrate Judge____
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to all records and unique device/user identifiers pertaining to location and account information outlined in Attachment B for the below listed vehicle(s):

**SUBJECT VEHICLE**:

    a.    Black Chevrolet Malibu bearing Tennessee license plate number "BMM5961", VIN 1G1ZD5ST4PF138057, from August 14, 2023 at 12:00 a.m. to August 15, 2023 at 11:59 p.m.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period August 14, 2023 through August 15, 2023:

a.  The following information about the customers or subscribers of the Account:

   i.   Names (including subscriber names, usernames, and screen names);

   ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   iii. Local and long-distance telephone connection records;

   iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

   v.   Length of service (including start date) and types of service utilized;

26

vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1956 (money laundering) involving ANKURKUMAR PATEL and BRIJESH PATEL during the period August 14, 2023 through August 15, 2023.

27

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.



CLERK'S OFFICE
A TRUE COPY
Apr 15, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>information and records associated with a Hertz rental vehicle, assigned vehicle identification number ("VIN") 1G1ZD5ST4PF138057 ("the SUBJECT VEHICLE"), that is stored at premises controlled by AT&T Inc. ("AT&T"), a wireless telecommunications service provider headquartered at 11760 U.S. Highway 1, North Palm Beach, FL 33408 | ) <br> ) <br> )    Case No.   **25-M-362 (SCD)**<br> ) <br> ) <br> ) <br> ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A.

located in the _____ Eastern _____ District of _____ Wisconsin _____ , there is now concealed *(identify the person or describe the property to be seized):*

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1956 | Money Laundering |

The application is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ashley Gentle, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date: __4-15-25__

_____
*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Ashley Gentle, being duly sworn, state as follows:

1.     I make this affidavit in support of an application for a search warrant for information and records associated with a Hertz rental vehicle, assigned vehicle identification number ("VIN") 1G1ZD5ST4PF138057 ("the **SUBJECT VEHICLE**"), that is stored at premises controlled by AT&T Inc. ("AT&T"), a wireless telecommunications service provider headquartered at 11760 U.S. Highway 1, North Palm Beach, FL 33408. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require AT&T to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been so employed since approximately February 2023. As part of my duties as an FBI Special Agent, I am assigned to the Milwaukee Field Division's Complex Financial Crimes Squad, where I investigate criminal violations relating to white collar crime, including financial threats and mail, wire, and bank fraud. I have received basic federal law enforcement training, including training at the FBI Academy in Quantico, Virginia, as well as other specialized federal law enforcement training. I have participated in the investigation of numerous criminal matters. I

1

have used many investigative techniques in furtherance of such investigations. I have interviewed and operated informants, conducted searches and interviews, and have conducted physical and electronic surveillance. In my experience as a law enforcement officer, I have assisted in numerous investigations. Many of these investigations have involved the issuance of search warrants resulting in the seizure of evidence and the arrest of individuals, to include those involved in financial fraud and other violations of federal criminal law.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1956 (money laundering) (together "Subject Offenses") have been committed by ANKURKUMAR Patel and BRIJESH Patel, (also known as "Montu"), and other suspects known and unknown. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

5. In my training and experience, I have learned that AT&T is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to

2

which they provide service, including cell-site data, also known as tower/face information or cell tower/sector records.

6.     Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as Global Positioning Device ("GPS") data.

7.     Through speaking with other law enforcement officials, I know that modern vehicles, such as a 2023 Chevrolet Malibu, are equipped with cellular modems like a traditional cellular phone. These vehicles therefore create records that will identify the location of the vehicle at various times when it interacts with the cellular network.

8.     Based on my training and experience, I know that wireless providers, such as AT&T, typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers, such as AT&T,

3

typically collect and retain information about their subscribers' use of the wireless service in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify a subject's user or users and may assist in the identification of co-conspirators and/or victims.

9. Based on the facts set forth in this affidavit, there is probable cause to believe that ANKURKUMAR Patel and BRIJESH Patel committed wire fraud in violation of Title 18, United States Code, Section 1343, and money laundering offenses, in violation of Title 18, United States Code, Section 1956 (together, the "**Subject Offenses**").

10. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence of the **Subject Offenses** are maintained at AT&T.

## I. SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE

11. According to FBI reports and based on my knowledge of the investigation, since approximately 2023, the FBI has been investigating one or more international criminal organizations (the "Organization(s)") committing wire fraud and money laundering offenses by contacting American victims, including over the

4

telephone from call centers located in South Asia, and using false pretenses to convince elderly victims to pay money to the Organization. After the Organization's representative has fraudulently convinced the victim that he or she must pay money to the Organization, the victim is instructed to provide funds, usually in the form of cash and/or gold, to a courier. The courier meets with the victim and takes possession of the victim's funds under the false pretense of helping the victim in one manner or another. In numerous instances, the FBI has obtained evidence of couriers transporting victim funds to the Chicago area to representatives of the Organization in exchange for a portion of the victim proceeds.

## II. FACTS SUPPORTING PROBABLE CAUSE

### A. Background Information

12. Based on my training and experience and knowledge of the investigation, the FBI has been investigating "technical support" and "government/law enforcement" impersonation scams, which generally target elderly American victims. In these scams, victims often receive a "pop-up" message on their computer alerting them to contact a telephone number for technical assistance. The message appears to come from Microsoft Corporation ("Microsoft") or Apple, Inc. ("Apple").

13. Based on my training and experience, knowledge of the investigation, and publicly available documents, both Microsoft and Apple have recently acknowledged the growing trend of tech support and government/law enforcement impersonation scams and address the issue on their respective websites. Both companies advise consumers that at no point will Microsoft or Apple request payment

5

via a courier. For example, Microsoft lists the following information on its website in an article titled, "Protect Yourself from Tech Support Scams," writing:

> *Microsoft does not send unsolicited email messages or make unsolicited phone calls to request personal or financial information, or to provide technical support to fix your computer. If you didn't ask us to, we won't call you to offer support. If a pop-up or error message appears with a phone number, don't call the number. Error and warning messages from Microsoft never include a phone number.*[1]

Apple has posted a similar warning on its website in an article titled, "Recognize and Avoid Phishing Messages, Phony Support Calls, and Other Scams," writing:

> *While browsing the web, if you see a pop-up or alert that offers you a free prize or warns you about security problems or viruses on your device, don't believe it. These types of pop-ups are usually fraudulent advertisements, designed to trick you into downloading damaging software or giving the scammer personal information or money. Don't call the number or follow the links to claim the prize or fix the problem. Ignore the message and simply navigate away from the page or close the entire window or tab.*[2]

14.    Based on FBI victim interviews, once a victim receives the fraudulent pop-up message and contacts the phone number provided, an individual advises the victim that the victim's computer is infected with evidence of illegal activity (e.g., drug trafficking, child pornography, excessive gambling, etc.) and/or that the victim's bank funds are at risk of being stolen. Through numerous victim interviews, the FBI has determined that the victims often do not in fact possess illegal material on their computers and that their bank funds are not at risk of being stolen. The claims are

---

[1] Microsoft Corporation, *Protect Yourself from Tech Support Scams,* available at https://support.microsoft.com/en-us/windows/protect-yourself-from-tech-support-scams-2ebf91bd-f94c-2a8a-e541-f5c800d18435 (last accessed August 6, 2024).

[2] Apple, Inc., *Recognize and Avoid Phishing Messages, Phony Support Calls, and Other Scams,* available at https://support.apple.com/en-us/102568 (last accessed April 6, 2025)

6

made by an Organization's representative to further the scam and to deceive (or pressure) the victims into believing they are responsible for the illegal activity and/or that their bank funds are at risk of being stolen. Victims are then passed to another Organization member who impersonates a government official (a "Government Impersonator") and offers to investigate and favorably resolve the alleged illicit computer activity in question.

15. According to victim reports, they often feel pressured to pay for the purported government assistance offered, because they are embarrassed of the illegal activity occurring on their computers, or because they are concerned that their money may be in jeopardy of being stolen. Once a victim agrees to have the Government Impersonator investigate the illegal activity on the victim's behalf, the Government Impersonator advises the victim of how much their services cost to investigate the activity or to safeguard the victim's assets. These fraudulent services often cost tens of thousands of dollars, and the Government Impersonator asks that the funds be provided in cash and/or gold, which will be picked up from the victim by a courier.

16. According to victim reports, on the day of the scheduled courier pick-up, the Government Impersonator will often remain on the phone with the victim (sometimes for several hours) until the courier and the victim meet at a predetermined location. The Government Impersonator then typically instructs the victim to withdraw cash from their bank account and to have a "cover story" if the bank teller questions the victim's motives for withdrawing the cash. Once the victim withdraws the cash from his/her account, the Government Impersonator frequently

7

instructs the victim to wrap and package the cash in a certain manner to conceal the cash. Often, the Government Impersonator instructs the victim to wrap the package like a "birthday gift" or a "present."

17. According to victim reports, in addition to withdrawing cash from their bank accounts, some victims have reported ordering gold and/or silver from online precious metal retailers. In a similar manner, a Government Impersonator will instruct the victim to wrap and package the precious metal in manner to conceal it before handing it to the courier. Government Impersonators convince victims that their gold will be placed in a federally controlled vault and returned to them once the investigation is complete.

18. According to FBI reports, in the past two years, local law enforcement agencies have conducted sting operations wherein they have utilized undercover "victims" to stage courier pick-ups. In these operations, local law enforcement agencies intercepted the illegal transaction between the intended victim and the courier. The courier is then arrested during the sting and interviewed. According to law enforcement officers, during their custodial interviews, couriers have advised law enforcement that they have traveled to numerous states, to include, Illinois, Indiana, Kansas, Kentucky, Michigan, Missouri, Ohio, and Wisconsin to conduct cash, gold, silver, and jewelry pick-ups in furtherance of the scheme.

19. Based on my training and experience and knowledge of the investigation, iterations of these schemes carried out by various Organizations have led to estimated losses in the millions of dollars in Wisconsin and Illinois alone.

8

### B. Confidential Source Reporting

20. On or about August 2023, CI-1 reported to the FBI that he was approached by ANKURKUMAR to "make extra cash". ANKURKUMAR described to CI-1 that CI-1 would be a courier for collecting money for him and BRIJESH Patel, (also known as "Montu"). CI-1 believed Montu resided in India based on his telephonic interactions with Montu.

21. For CI-1's services, CI-1 would receive a 2% payment from the total cash and/or gold picked up and transported.

22. In order to start working with ANKURKUMAR, CI-1 was required to travel with ANKURKUMAR to learn how to conduct package pick-ups. As a passenger, CI-1 witnessed ANKURKUMAR drive to white elderly homes, later identified as victims, and park outside of their residences. Victims would then place packages, containing cash, into ANKURKUMAR's vehicle with little to no interaction with ANKURKUMAR and CI-1.

23. After CI-1's training, ANKURKUMAR directed CI-1 where to travel to pick-up packages. CI-1 was then directed to drop-off the packages to various South Asian males in Illinois. CI-1 advised that sometimes he would give a portion of the package contents to ANKURKUMAR.

24. According to FBI records, on or about May 2024, a confidential informant ("CI-2") based in Wisconsin reported to law enforcement that he received a call from an individual named DHRUV PATEL ("DHRUV") offering CI-2 a courier

9

job to pick up cash and/or gold from elderly individuals.[3] DHRUV offered CI-2 a 2% commission for any amount he picked up and transported. According to CI-I and other information collected during the FBI's investigation, CI-2's role within his particular Organization was that of a "first-level" courier.

25. Based on my training and experience and knowledge of the investigation, first-level couriers are generally considered disposable and easily replaceable. Often, CI-2's Organization has several first-level couriers available. If a first-level courier is detained by law enforcement during a courier pick-up transaction, the Organization will arrange for another courier to conduct the pick-up from the victim.

26. According to CI-2, DHRUV told CI-2 that the courier Organization is mainly compromised of South Asian males. DHRUV also stated that he has conducted over 60 courier pick-ups in the past and is well-known within the Organization. According to a law enforcement database, in and around May 2024, DHRUV was arrested in New York in connection with a fraud transaction between DHRUV and an elderly victim.[4] According to the victim in that case, she received a telephone call

---

[3] According to a law enforcement database, CI-2's criminal history includes the following: (1) a January 2015 arrest for false swearing (non-criminal) (WI Statue § 946.32) which was dismissed; (2) a March 2015 arrest for possession of child pornography (WI Statue § 948.12) which was also dismissed; and (3) a February 2018 felony conviction for making threats to communicate derogatory information (WI Statue § 943.31). CI-2 served a sentence of probation for this conviction. CI-2 has not been compensated for information he has provided.

[4] According to a local media report, DHRUV has been charged with felony attempted grand larceny and misdemeanor scheme to defraud. DHRUV is being prosecuted by local law enforcement in Colonie, New York. *Police: New Jersey man tried to con woman out of $40,000*, NBC News Channel 13, https://wnyt.com/top-stories/police-new-jersey-man-tried-to-con-woman-out-of-40000/ (last accessed August 15, 2024).

from someone posing as a member of the Federal Trade Commission. That person told the victim she was a victim of identity theft and that she would need to pay $40,000 in cash to investigate the crime. According to CI-2, DHRUV advised CI-2 that the Organization is paying for DHRUV's attorney to defend him in the New York case.

27. CI-2 reports that he and DHRUV often speak to each other through the FaceTime video chat application available on Apple devices. According to CI-2, during these conversations, DHRUV has educated CI-2 about the Organization and its operations. Since CI-2 is located near the Chicago area, DHRUV advised CI-2 that CI-2's direct handler in Chicago would likely be an individual named SUNNI PATEL ("SUNNI"). According to CI-2, DHRUV told CI-2 that SUNNI oversees approximately 25 couriers in the midwestern United States. SUNNI's rank within the Organization is higher than DHRUV because SUNNI oversees multiple couriers.

28. According to CI-2 and post-arrest statements given by other couriers to law enforcement, once a first-level courier obtains a victim's package containing cash and/or precious metals, the first-level courier is instructed to take multiple photographs of the package and its contents with a cell phone. CI-2 states that the courier then sends the photographs to his handler, who forwards those photographs to Organization individuals located internationally. The first-level courier then connects with a second-level courier, who acts as a manager for the first-level courier. The second-level courier often oversees multiple first-level couriers. CI-2 related that

11

Wisconsin-based first-level couriers will often meet and deliver fraud proceeds to their handler/second-level courier in the Chicago area.

29. Based on my knowledge of the investigation and based on CI-2's statements and FBI reports, I believe that second-level couriers may also retrieve the cash or gold from the first-level couriers and pass the proceeds on to other co-conspirators. I further believe that second-level couriers recruit first-level couriers and ask them to obtain cellphones and new phone numbers for the sole purpose of courier pick-ups.

30. Based on my knowledge of the investigation and based on CI-2's statements and FBI reports, individuals residing in India are said to be "Handlers." Based on my training and experience, debriefs with CI-2, and the investigation to date, the Handlers are the highest-ranking individuals within the Organization.

31. According to FBI reports, in a recorded phone call placed by CI-2 to DHRUV on or about June 22, 2024, at 4:31 p.m., DHRUV gave CI-2 additional details regarding DHRUV's Organization and its operations.[5] During the call, DHRUV told CI-2 that the gold obtained through the scheme is sold in the U.S. in exchange for U.S. dollars. DHRUV indicated that the current market price for one kilogram of gold is $93,000, but because the gold the Organization receives is "under the table," they can only sell it for between $70,000 and $76,000 cash. DHRUV also told CI-2 that CI-

---

[5] The phone call referenced in this affidavit has been translated by the FBI from Hindi to English. The language that is quoted from the recorded conversations is based upon a preliminary review of the recorded conversations, and not final transcripts. The times listed for the recorded conversations are approximate. The summaries of the recorded conversations do not include all statements made or topics covered during the course of the recorded conversations.

12

2 would not even be able to comprehend the scope of the Organization's work and called the Organization's current Government Impersonator scam a "diamond mine" because it is so lucrative.

32. In the same call, DHRUV advised that the "work" is going on all over the U.S., but that currently most of the work is in Florida, Texas, Chicago, and California. DHRUV added that Florida is a bit problematic right now, because five or six couriers for the Organization have recently been arrested there.[6] CI-2 stated that he heard about a woman, last name Patel, who had also been arrested with $1.5 million. DHRUV said that her name was Shweta Patel and that she was already released. DHRUV said that she was "one of [theirs]" and had completed 48 tasks and was arrested while completing the 49th and 50th.[7] DHRUV explained that the gold does not come from one single location, and that there are warehouses where all the packages of gold and cash are stored. DHRUV stated that one of these warehouses was already under surveillance but did not give the address.

33. DHRUV further told CI-2 that the Organization's couriers do not personally know the individuals who deposit packages in the couriers' vehicles, and that the facilitating scams and misrepresentations are carried out by others. DHRUV told CI-2 that if a courier is stopped by police, all he or she would have to say is that a friend asked for a pickup/drop-off as a favor and he or she has no idea what the

---

[6] *See, e.g.,* https://regtechtimes.com/400000-gold-bar-scam-targeting-seniors-in-florida/#google_vignette, last visited November 4, 2024.

[7] This incident appears to be the same incident which was reported in the news in Bradenton, Florida. https://www.fox13news.com/news/bradenton-veteran-loses-1-5-million-in-multi-state-gold-bar-scheme-they-played-upon-his-patriotism

13

package contains. DHRUV told CI-2 that when he (DHRUV) was arrested, he told the police the same thing, that he was picking up packages for friends and had no idea what was in them. DHRUV instructed CI-2 to always follow the simple but powerful rule, that he should never handle the package, and ask the victim to place the package in the vehicle.

34. Based on information from CI-2, couriers may be unaware of the true identity of victims, other couriers, Handlers, and facilitators. They are not directly involved in the misrepresentations made to facilitate the fraud. This enables couriers who are arrested by police to plead ignorance as to the nature of their work and the contents of the victim's package.

35. Based on the FBI's discussions with CI-2, other facts learned in this investigation, and my training and experience, couriers are generally aware or have reason to know of the illegitimate source of the money or valuables they pick up and convey to other couriers to not handle the victim's package. Instead, the victim is instructed to place the package in the vehicle, perhaps in a bid to help avoid criminal liability. The FBI understands that couriers receive a small commission, often around 1% or 2% of the value of the item or money retrieved from the victim. Handlers may compensate their couriers in cash.

### C. North Aurora, Illinois Victims

36. On or about July 2023, an elderly North Aurora, Illinois couple ("VICTIM-1") received a Microsoft pop-up message on their computer screen and contacted the phone number associated with the pop-up. When they contacted the

14

phone number, VICTIM-1 was directed to an individual, who identified himself as Federal Trade Commission employee Richard Harris ("Harris").

37.     Harris convinced VICTIM-1 that an unknown individual utilized their identities to purchase child pornography and instructed VICTIM-1 to send multiple gift cards to rectify the issue. In total, VICTIM-1 sent approximately $1,999.96 in Target gift cards to Harris believing Harris would rectify their identities.

38.     Later, Harris referred VICTIM-1 to an individual who identified himself as FBI Special Agent Sylvester Jones ("Jones"). Jones, a government impersonator, convinced VICTIM-1 that their identities were involved in serious crimes. VICTIM-1 provided Jones remote access to their phones with the belief that Jones would assist them with their apparent criminal cases. Under the direction of Jones, VICTIM-1 communicated with Jones every day to inform Jones of their daily activities.

39.     Ultimately, Jones convinced VICTIM-1 to deplete their accounts and purchase gold bars from an online bullion store. On or about August 2023, Jones arranged three courier pick-ups to retrieve approximately $1.1 million dollars' worth of gold bars from VICTIM-1's residence. Jones instructed VICTIM-1 to wear sunglasses and a white surgical mask for each interaction with the courier.

40.     In a police interview, VICTIM-1 first delivered a number of gold bars valued at $207,250.00. VICTIM-1 attempted to recall the courier vehicle that arrived at his residence on August 1, 2023. He stated the vehicle likely was a red Toyota Camry. VICTIM-1 later advised law enforcement that the courier's vehicle, on August

1, 2023, was a "red possible Toyota sedan". As stated previously, ANKURKUMAR owns a Silver Toyota Camry.

41. For the second courier pickup, VICTIM-1 related that he delivered 24 gold bars worth approximately $481,910.40 to the couriers on approximately August 3, 2023. VICTIM-1 related that the gold bars were picked up by two white males in a white SUV.

42. For the third courier pickup, VICTM-1 related that he delivered 22 gold bars valued at approximately $438,671.20 to a courier outside his house on August 14, 2023. VICTM-1 described that there was only one courier, and he was in a gray Ford sedan.

43. In September 2023, Department of Homeland Security Investigations ("HSI") provided a copy of ANKURKUMAR's cellphone download to the FBI after ANKURKUMAR consented to a search of his cellphone. The FBI discovered the following information from ANKURKUMAR's cellphone download:

   i. In ANKURKUMAR's image folder, the FBI identified a white, elderly male wearing sunglasses and a white surgical mask. The image was dated August 1, 2023, and confirmed to be VICTIM-1. Additionally, the FBI discovered photos of 1-ounce American Reserve gold bars dated August 1, 2023. VICTIM-1 confirmed that they provided 1-ounce American Reserve gold bars to the courier who arrived at their residence on August 1, 2023.

ii. Also, in ANKURKUMAR's image folder, the FBI identified the same white, elderly male wearing sunglasses and a white surgical mask. The image was dated August 5, 2023, and confirmed to be VICTIM-1. Additionally, the FBI discovered photos of 10-ounce Valcambi gold bars dated August 5, 2023. VICTIM-1 confirmed that they provided 10-ounce Valcambi gold bars to the courier who arrived at their residence on August 5, 2023.

iii. Also, in ANKURKUMAR's image folder, the FBI identified the same white, elderly male once again, wearing sunglasses and a white surgical mask. The image was dated August 14, 2023, and confirmed to be VICTIM-1. Additionally, the FBI discovered photos of 10-ounce Valcambi gold bars dated August 14, 2023. VICTIM-1 confirmed that they provided 10-ounce Valcambi gold bars to the courier who arrived at their residence on or about August 14, 2023.

iv. The FBI reviewed ANKURKUMAR's web search history from August 14, 2023, and observed a search titled, "car rental in north aurora il" and "Hertz Car Rental Locations – Aurora, No…". Additionally, the FBI reviewed ANKURKUMAR's instant message history and observed that ANKURKUMAR received a message stating, "Your Hertz reservation confirmation is…"

v. According to records provided by Hertz Corporation, a Black Chevrolet Malibu bearing Tennessee license plate number "BMM5961", VIN

17

1G1ZD5ST4PF138057, was rented in ANKURKUMAR Patel's name, on August 14, 2023, and returned back to Hertz within hours.

vi. Records from the Illinois State Toll Highway Authority shows that on August 14, 2023, the Hertz vehicle rented in ANKURKUMAR's name drove through a toll plaza located in Aurora, Illinois— which is a city adjacent to North Aurora, Illinois. It should be noted that ANKURKUMAR works and resides in Wisconsin. Based on my training and experience, it appears that ANKURKUMAR rented the Hertz vehicle for the sole purpose to pick-up VICTIM-1's package.

## AT&T Connect Car

44. Based reliable law enforcement sources, many newer Chevrolet Malibu vehicles have the ability to connect to cellular towers owned by cellular providers such as AT&T. AT&T advertises on their website that they are able to provide in-car Wi-Fi and wireless internet through their proprietary service called "AT&T Connect Car." According to their website, AT&T has partnered with multiple vehicle manufacturers, including Chevrolet, to provide these services.[8]

45. Additionally, law enforcement personnel, who are familiar with how vehicles communicate with cell towers, advised that newer vehicles equipped with the capability of connecting to cell towers, communicate with nearby cell towers even in the absence of any cell service subscription. In other words, even if the vehicle user does not subscribe to a Wi-Fi and/or Internet service through a telecommunications

---

[8] *Available at: https://www.att.com/plans/connected-car/*

18

company, such as AT&T, the vehicle will automatically attempt to communicate to nearby cell towers.

### D. Sheboygan, Wisconsin Victim

46. On or about September 2023, an elderly female ("VICTIM-2"), residing in Sheboygan, Wisconsin, believed she received technical support from an individual purporting to be a Microsoft employee. The individual advised VICTIM-2 that her computer was hacked and redirected her to a second individual, who identified himself as Federal Officer Steven Parker ("Parker").

47. Parker, a government impersonator, threatened VICTIM-2 that she would be charged with a crime if she did not purchase a new social security number. He ultimately convinced VICTIM-2 to withdraw approximately $27,500 from her personal bank account and prepare the cash in a package for a courier to retrieve the package later in the day. VICTIM-2 placed the cash in a pink Skechers shoebox. Parker directed her to write "30" on the shoe box and place the box in a bag.

48. That same day, at approximately 4:30 pm, an individual driving an SUV pulled into VICTIM-2's driveway. Parker instructed VICTIM-2 to walk outside and place her package in the arriving courier's vehicle through a rolled down window. VICTIM-2 did as instructed, and the vehicle drove away. At the time, VICTIM-2 believed the cash would go towards her new social security number.

49. VICTIM-2 reported the incident to her local police department and advised that Parker requested more funds to address VICTIM-2's social security issue. Law enforcement prepared an operation plan to monitor and intercept the

19

transaction. In doing so, law enforcement arrested the arriving courier who provided the following information during a custodial interview:

i. Couriers communicate with the Organization through an end-to-end encryption messaging platform called "WhatsApp." On the WhatsApp platform, the Organization informs couriers of upcoming package pick-up jobs.

ii. Couriers must send screenshots to their handlers of their location in relation to the victim's zip code and/or address.

iii. Once the victim's package is retrieved, couriers must take photographs of the package and its contents with a cellphone. They then send the photographs to their handlers.

iv. Couriers must also videotape themselves counting the cash inside the package and send the video footage to their handlers.

50. In reviewing ANKURKUMAR's cellphone download, the FBI identified a WhatsApp conversation thread between ANKURKUMAR and "Montu Brijesh USA".

51. On or about September 2023, Montu Brijesh USA messaged VICTIM-2's zip code to ANKURKUMAR. Later, Montu Brijesh USA messaged VICTIM1-'s address to ANKURKUMAR. Based on my training and experience, the Organization informs couriers of package pick-up jobs on WhatsApp. It is my belief that Montu Brijesh USA is an involved participant in the organization.

52. ANKURKUMAR sent multiple Google Maps screenshots to Montu Brijesh USA. Based on my training and experience, couriers will send screenshots of their location to their handlers, so their handlers are aware of their whereabouts. It is my belief Montu Brijesh USA functioned as ANKURKUMAR's handler.

53. Additionally, ANKURKUMAR sent multiple videos to Montu Brijesh USA of an olive-skinned male, with a black and white beard, handling cash from a pink Skechers shoebox. Through law enforcement databases, the FBI obtained a driver's license photograph of ANKURKUMAR, and it appears that the individual in the videos is likely ANKURKUMAR.

54. The FBI further reviewed the videos and observed the shoebox and its contents. The shoebox contained a handwritten piece of paper taped on top of the box. The note stated VICTIM-2's first name, last name, and "30". Inside the shoebox contained multiple bundles of U.S. currency wrapped in currency straps. As stated previously, Parker directed VICTIM-2 to write "30" on the shoebox. ANKURKUMAR then messaged Montu Brijesh USA, "27,500". This message corresponds to VICTIM-2's report that Parker directed her package $27,500 in a box. Based on my training and experience, ANKURKUMAR sent his handler, Montu Brijesh USA, videos to confirm that he retrieved VICTIM-2's package.

21

55. The following day, ANKURKUMAR messaged Montu Brijesh USA a photo of a Byline Bank deposit receipt. The receipt reveals that $32,420.00 was deposited into Byline Bank account ending in 5772. Through bank records, the FBI confirmed that $32,420.00 in cash was deposited into Byline Bank account ending in 5772 on September 12, 2023. Byline Bank account ending in 5772 is owned by Kanru Inc. dba Mi Super Foods and Liquor. ANKURKUMAR owns Kanru Inc. dba Mi Super Foods and Liquor.



### E. ANKURKUMAR's Arrest in O'Fallon, Missouri

56. On or about August 2023, a South Asian store owner, located in O'Fallon, Missouri, ("VICTIM-3") fell victim to a government impersonation scam in which the scammers convinced VICTIM-3 that his immigration status was in jeopardy. In order to address the issue, the scammer directed VICTIM-3 to provide cash to arriving couriers.

22

57. Law enforcement prepared an operation plan to monitor and intercept the transaction. In doing so, law enforcement identified that ANKURKUMAR was the driver of the arriving courier vehicle and arrested ANKURKUMAR and the other two vehicle occupants. Based on my training and experience, ANKURKUMAR was likely training the two vehicle occupants how to conduct package pick-ups.

58. In his interview with law enforcement, ANKURKUMAR admitted the following information:

i. ANKURKUMAR admitted to participating in a fraud network across several states. He claimed that he was being forced to participate by individuals who were threatening to harm his family in India.

ii. ANKURKUMAR picked up a package from an elderly female in Sheboygan, Wisconsin. He advised that the package contained approximately $27,000 in cash. This instance likely relates to VICTIM-2. Patel stated that he realized the money had been defrauded from the old woman and, overcome with guilt he pulled over and cried.

iii. ANKURKUMAR was directed to pick up a package from an elderly male in North Aurora, Illinois. He advised that the package contained gold bars. This instance likely relates to VICTIM-1. ANKURKUMAR was directed to give the package to another individual in Chicago.

59. As a result of ANKURKUMAR's activities in O'Fallon, Missouri, HSI-St. Louis obtained a federal arrest warrant with the United States Attorney's Office

Eastern District of Missouri ("USAMOE"). ANKURKUMAR's case with USAMOE is still ongoing.

**AUTHORIZATION REQUEST**

60.    Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

61.    I further request that the Court direct AT&T to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control.  Because the warrant will be served on AT&T, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

24

# ATTACHMENT A

## Property to Be Searched

This warrant applies to all records and unique device/user identifiers pertaining to location and account information outlined in Attachment B for the below listed vehicle(s):

**SUBJECT VEHICLE**:

    a.    Black Chevrolet Malibu bearing Tennessee license plate number "BMM5961", VIN 1G1ZD5ST4PF138057, from August 14, 2023 at 12:00 a.m. to August 15, 2023 at 11:59 p.m.

25

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period August 14, 2023 through August 15, 2023:

    a. The following information about the customers or subscribers of the Account:

        i. Names (including subscriber names, usernames, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii. Local and long-distance telephone connection records;

        iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v. Length of service (including start date) and types of service utilized;

vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1956 (money laundering) involving ANKURKUMAR PATEL and BRIJESH PATEL during the period August 14, 2023 through August 15, 2023.

27

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

Case 2:25-mj-00362-SCD    Filed 04/15/25    Page 35 of 35    Document 1